# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: BPS DIRECT, LLC, AND CABELA'S, LLC, WIRETAPPING | : MDL 3074 :  :  : E.D.Pa. ACTION NOS.: : 23-md-3074 : 23-cv-2306 |

## ORDER

**AND NOW**, this 6th day of July 2023, upon considering Plaintiff Timothy Durham's Motion (ECF Doc. No. 37) for an extension of time for counsel to enter an appearance and good cause shown consistent with our Policies and July 5, 2023 Order (ECF Doc. No. 29), it is **ORDERED** the Motion (ECF Doc. No. 37) is **GRANTED** and Francis J. "Casey" Flynn, Jr., Esquire may enter his appearance no later than **July 7, 2023.**

**KEARNEY, J.**