**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **IN RE: BPS DIRECT, LLC, AND** | **: MDL 3074** |
| **CABELA'S, LLC, WIRETAPPING** | : |
| | : |
| | **: E.D.Pa. ACTION NOS.:** |
| | **: 23-md-3074** |
| | **: 2:23-cv-2282** |
| | **: 2:23-cv-2293** |
| | **: 2:23-cv-2294** |
| | **: 2:23-cv-2338** |

## ORDER

**AND NOW**, this 25th day of July 2023, following today's initial pretrial conference with lead counsel mindful of our July 12, 2023 Order granting Plaintiffs leave to file a Consolidated Complaint and mooting motions pending in the transferee districts before centralization before us, it is **ORDERED** Defendants' Motions to dismiss in No. 23-cv-2282, ECF No. 7; No. 23-cv-2293, ECF No. 16; No. 22-cv-2294, ECF No. 8; and in No. 23-cv-2338, ECF No. 13 are **DENIED** as withdrawn without prejudice to move in response to the Consolidated Complaint.

_____
**KEARNEY, J.**